# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bobby E. Burton, Jr. <br> *Petitioner* <br> v. <br> Carol Monroe, Senior Warden <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 4:18-cv-1520-JMC <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This case is dismissed for lack of jurisdiction. A certificate of appealability will not be issued.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: July 20, 2018

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*